IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR382 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| NOLAN ANDREWS | |
| Defendant. | |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [18]. Counsel is seeking additional time to review and process the many documents associated with the defendant's case. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [18] is granted as follows:

1. The jury trial, now set for April 10, 2018, is continued to **June 12, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 12, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 9th day of April, 2018.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge